UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
August 12, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL M. KASIMOFF,

Defendant.

Case No. 2:17-po-00554-EFB

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release **MICHAEL M. KASIMOFF**, Case No. **2:17-po-00554-EFB**, from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): The Court ordered the defendant time served.

Issued at Sacramento, California on August 12, 2019 at 2:14

By: _____

Magistrate Judge Edmund F. Brennan